B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of California

In re: **Carlos William Reynolds**
       **Sara Luanna Reynolds**
                                                  Debtor(s)

Case No. **2012-22348**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Wfs Financial/Wachovia Dealer Services | **Describe Property Securing Debit:**<br>Auto: 2007 Scion TC Grey 2 door coupe good condition<br>Location: 1200 Sun Valley Drive  Woodland, CA 95776 |

Property will be (check one):
☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt       ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **January 28, 2014**       Signature  **/s/ Carlos William Reynolds**
                                           **Carlos William Reynolds**
                                           Debtor

Date **January 28, 2014**       Signature  **/s/ Sara Luanna Reynolds**
                                           **Sara Luanna Reynolds**
                                           Joint Debtor